IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIAN AVILA, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:11-CV-1263-RWS |
| LITTER CONTROL, INC, et al., : | |
| : | |
| Defendants. : | |
| : | |
| : | |

## **ORDER**

The parties having announced that the above action has been settled and that documentation of the settlement will require additional time, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. Either party may move to reopen the case if the settlement is not consummated.

**SO ORDERED**, this 15th day of June, 2015.

_____
**RICHARD W. STORY**
United States District Judge